UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 4:24-cv-478-MW/MAF

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff Kisha Singletary, through her undersigned counsel, files the attached proposed summons for the Clerk's issuance.

Dated: December 3, 2024

    Respectfully submitted,

    */s/ James M. Slater*
    James M. Slater (FBN 111779)
    Slater Legal PLLC
    2296 Henderson Mill Rd. NE #116
    Atlanta, Georgia 30345
    james@slater.legal
    Tel. (305) 523-9023

    *Counsel for Plaintiff Kisha Singletary*