# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KISHA SINGLETARY,**

   **Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

   **Defendant.**

Case No. 4:24cv478-MW/MAF

## NOTICE OF APPEARANCE

The defendant gives notice that it will be represented in this action by undersigned counsel. All further pleadings and correspondence should be directed to the undersigned.

      Respectfully submitted,

      JASON R. COODY
      United States Attorney

      */s/ Andrew J. Grogan*
      ANDREW J. GROGAN
      Assistant United States Attorney
      Florida Bar No. 85932
      111 North Adams Street, 4th Floor
      Tallahassee, FL 32301
      (850) 942-8430
      Andrew.Grogan@usdoj.gov