IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KISHA SINGLETARY,**

   **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

   **Defendant.**

Case No. 4:24cv478-MW/MAF

**GOVERNMENT'S CONSENT MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT**

This is an action under the Federal Tort Claims Act. The plaintiff filed her complajnt on November 26, 2024. ECF 1. The U.S. Attorney's Office received process on December 11, 2024. By the government's calculation, a response is due on or before February 10, 2025. However, counsel for Defendant and agency counsel were only recently assigned. Additional time is needed to investigate the case and prepare a response to the complaint. Accordingly, the government respectfully requests that the Court enter an order making the response due on or before March 12, 2025.

1

## CERTIFICATE OF CONFERENCE

The undersigned Assistant U.S. Attorney certifies that he conferred with counsel for Plaintiff on August 25, 2024, regarding the relief sought in this motion. Counsel for Plaintiff consents to the relief sought in this motion.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney
Florida Bar No. 85932
111 North Adams Street, 4th Floor
Tallahassee, FL  32301
(850) 942-8430
Andrew.Grogan@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATE

I certify that the foregoing does not exceed 8,000 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

*/s/ Andrew J. Grogan*
ANDREW J. GROGAN
Assistant United States Attorney