IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KISHA SINGLETARY,**

*Plaintiff*,

v.   Case No.:  4:24cv478-MW/MAF

**UNITED STATES OF AMERICA,**

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, the government's consent motion to extend time to respond to the complaint, ECF No. 8. The consent motion is **GRANTED**. The government an answer or otherwise respond to Plaintiff's complaint **on or before March 12, 2025**.

SO ORDERED on February 7, 2025.

s/Mark E. Walker                    
**Chief United States District Judge**