IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

    *Plaintiff*,

v.                                    Case No.:  4:24cv478-MW/MAF

UNITED STATES OF AMERICA,

_____/

## ORDER DENYING MOTION FOR MORE DEFINITE STATEMENT AND TO DIMSISS

    This Court has considered, without hearing, the Government's motion for a more definite statement regarding Count I of Plaintiff's complaint, and to dismiss Count II of Plaintiff's complaint. ECF No. 11. Inasmuch as Plaintiff has filed an amended complaint, ECF No. 12, the Government's motion, ECF No. 11, is **DENIED as moot.**

    **SO ORDERED on March 17, 2025.**

                                                         **s/Mark E. Walker**
                                                         **Chief United States District Judge**