IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

   Plaintiff,

v.

UNITED STATES OF AMERICA,

   Defendant.

Case No. 4:24cv478-MW/MAF

**GOVERNMENT'S CONSENT MOTION
FOR LEAVE TO FILE A REPLY TO
PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

The government filed a motion to dismiss Plaintiff's first amended complaint for lack of subject matter jurisdiction. ECF 17. The Plaintiff responded. ECF 18. The government wishes to file a short reply (approximately 5 pages) addressing arguments in the response.

**CERTIFICATE OF CONFERENCE**

The undersigned Assistant U.S. Attorney certifies that he conferred with counsel for the Plaintiff regarding the relief sought in this motion and counsel has no objection.

1

## CONCLUSION

Accordingly, the government respectfully requests that the Court enter an order granting leave to file a reply concerning the motion to dismiss, ECF 17.

Respectfully submitted,

MICHELLE SPAVEN
Acting United States Attorney

*/s Andrew J. Grogan*
ANDREW J. GROGAN
Assistant U.S. Attorney
Northern District of Florida
Florida Bar No. 85932
111 North Adams Street
(850) 942-8430
andrew.grogan@usdoj.gov

## **LOCAL RULE 7.1(F) CERTIFICATION**

I certify that this memorandum contains 109 words, per Microsoft Word's word count, which complies with the word limit requirements set forth in Local Rule 7.1(F).

*/s Andrew J. Grogan*
ANDREW J. GROGAN
Assistant U.S. Attorney
