IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KISHA SINGLETARY,**

    *Plaintiff*,

v.                                                      Case No.: 4:24cv478-MW/MAF

**UNITED STATES OF AMERICA,**

    *Defendant.*

_____/

## ORDER GRANTING LEAVE TO FILE REPLY

This Court has considered, without hearing, Defendant's consent motion for leave to file a reply to Plaintiff's response to the motion to dismiss. ECF No. 19. The motion, ECF No. 19, is **GRANTED**. Defendant's reply is due **on or before April 16, 2025.**

    SO ORDERED on April 9, 2025.

                                         s/Mark E. Walker
                                         **Chief United States District Judge**