IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KISHA SINGLETARY,**

    **Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

    **Defendant.**

Case No. 4:24cv478-MW/MAF

## SECOND JOINT REPORT REGARDING DISCOVERY

In accordance with the Court's Initial Scheduling Order (Doc. 10 at §1(b)), the parties provide the Court with the following status updates regarding written discovery:

1.    On March 19, 2025, Plaintiff served requests for production, admissions, and interrogatories on Defendant.

2.    On March 24, 2025, Defendant served its first discovery request, which included requests for production and admission, and interrogatories.

3.      The parties have agreed to a one-week extension of time to respond to the above-referenced discovery requests.

Dated: April 22, 2025

                                        Respectfully submitted,

| | |
|---|---|
| MICHELLE SPAVEN<br>Acting United States Attorney<br><br>*/s/ Andrew J. Grogan*<br>ANDREW J. GROGAN<br>Assistant United States Attorney<br>Florida Bar No. 85932<br>111 N. Adams Street<br>Tallahassee, FL 32301<br>850-942-8430<br>andrew.grogan@usdoj.gov<br><br>*Attorney for Defendant* | */s/ James V. Cook*<br>LAW OFFICE OF JAMES COOK<br>James V. Cook (FBN 0966843)<br>314 W. Jefferson Street<br>Tallahassee, Florida 32301<br>Tel. (850) 222-8080<br>Fax (850) 561-0836<br>cookjv@gmail.com<br><br>*/s/ James M. Slater*<br>SLATER LEGAL PLLC<br>James M. Slater (FBN 111779)<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345<br>Tel. (305) 523-9023<br>james@slater.legal<br><br>*Attorneys for Plaintiff* |