IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

   Plaintiff,

v.

UNITED STATES OF AMERICA,

   Defendant.

Case No. 4:24cv478-MW/MAF

## DRAFT PROTECTIVE ORDER

This Court has considered the Defendant's Motion for a Protective Order concerning the disclosure of discovery material to Plaintiff. In light of the confidential and law enforcement-sensitive information that may be disclosed to the Plaintiff, this Court finds that entry of a protective order is necessary and appropriate. Accordingly,

**IT IS ORDERED**:

1. The Government's motion, ECF No. **\*\***, is **GRANTED**.

2. Any and all discovery material the United States has produced or will produce to the Plaintiff in discovery shall be reviewed by only (i) the Plaintiff; (ii) the Plaintiffs' attorney or attorneys of record in this

1

case; (iii) employees or agents of those attorneys; (iv) a photocopying or data processing service to whom it is necessary that the Plaintiff provide the materials for the purposes of preparation, trial, direct appeal (if any); and collateral attack (if any) of this case; (v) witnesses or potential witnesses; and (vi) experts or investigators assisting in the preparation, trial, direct appeal (if any), and collateral attack (if any) of this case. No discovery material or copies of any discovery material shall be provided to any individual or entity except as provided herein, as agreed to by the parties, or as further ordered by this Court. Nor shall the contents of any discovery material be disclosed, in any other manner, to any individual or entity except as provided in this Order, as has been agreed by the parties, or as further ordered by this Court.

      3. Plaintiff shall use discovery material and its contents solely for the preparation, trial and appeal (if any), of this case and for no other purpose whatsoever. No additional copies of any discovery material shall be made except as necessary for those purposes. Before first disclosing discovery material or its contents to any of the individuals or entities listed above, the Plaintiff or attorneys of record must give to the individual or entity a copy of this Order and maintain a copy signed

and dated by the individual or a representative of the entity until such time as all appeals in this matter (if any) are concluded.

    4. The parties shall comply with Federal Rule of Civil Procedure 5.2 with respect to the public filing or use of any discovery material containing personally identifiable or sensitive information, including: (1) Social Security numbers, (2) names of minor children, (3) dates of birth, and (4) financial account numbers; and (5) additionally, the identity of any non-party potentially the victim of sexual abuse shall not be disclosed in open court or in public filings unless previously ordered by the Court. The parties shall also apply the requirements of Rule 5.2 when showing any discovery material containing personally identifiable or sensitive information to any third-party.

    5. Within 60 days following the conclusion of these proceedings, or any direct appeal (if any) from or collateral attack (if any) upon these proceedings, the discovery material disclosed by the United States and any duplicates made for the preparation, trial, direct appeal (if any), or collateral attack (if any) of this case shall be returned to the United States or destroyed by the Plaintiff, unless this Court (or Government) gives specific written permission for an exception to this requirement.

This Order also applies to any and all individuals to whom the Plaintiff, pursuant to this Order, show or disclose the contents or substance of any material produced to them by the United States. By signing and dating a copy of this Order, any person or entity that receives copies of any material produced, or to whom the contents of such material is otherwise disclosed, submits himself, herself, or itself to the jurisdiction of this Court for all purposes, including sanctions or contempt for violation of this Order.