IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KISHA SINGLETARY,**

    *Plaintiff*,

v.　　　　　　　　　　　　　　　　　Case No.:  4:24cv478-MW/MAF

**UNITED STATES OF AMERICA,**

_____/

### ORDER FOR EXPEDITED RESPONSE

Pending before this Court is Plaintiff's motion for order on production of records, ECF No. 28. Attached to Plaintiff's motion is Plaintiff's proposed order on production of records. ECF No. 28-1. Plaintiff's proposed order is nearly identical to this Court's prior order granting in part and denying in part a motion for protective order in *White v. United States*, Case No. 4:17cv59-MW/CAS, ECF No. 30 (N.D. Fla. Oct. 21, 2017). Accordingly, the Government shall respond to Plaintiff's motion, and in its response, explain with supporting legal authority why this Court entering an order following the language of its previous order in *White v. United States* would be an abuse of discretion. The Government shall submit its response **on or before Wednesday, June 11th, 2025**.

    SO ORDERED on June 3, 2025.

                                                   s/Mark E. Walker_____
                                                   **Chief United States District Judge**