IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KISHA SINGLETARY,**

    *Plaintiff*,

v.                                Case No.:  4:24cv478-MW/MAF

**UNITED STATES OF AMERICA,**

    *Defendant.*

_____/

## ORDER FOR EXPEDITED REPLY

Pending before this Court is Plaintiff's motion for order on production of records, ECF No. 28. Setting aside other commentary contained in the response, the Government's expedited response notes that Plaintiff has already agreed to—and this Court adopted—an agreement regarding the use of information concerning non-party victims of sexual abuse by a former employee of BOP or persons making similar allegations. *See* ECF No. 31 at 2–3.

Inasmuch as an agreement has already been adopted controlling the issue at hand in Plaintiff's motion—which Plaintiff failed to acknowledge in the pending motion—Plaintiff must file an expedited reply to the Government's response and specifically address why this Court should revisit this issue given that the parties already reached an agreement which this Court adopted by prior Order. Plaintiff's

reply is due **on or before 5:00 p.m. (ET) on Friday, June 6, 2025.**

**SO ORDERED on June 5, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
