IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

    *Plaintiff*,

v.                              Case No.:  4:24cv478-MW/MAF

UNITED STATES OF AMERICA,

    *Defendant.*

_____/

**ORDER DENYING PLAINTIFF'S
MOTION FOR PRODUCTION OF RECORDS**

This Court has considered, without hearing, Plaintiff's motion for production of records, ECF No. 28—really, a motion to enter an amended protective order that deviates from the agreement already entered into by the parties and adopted by this Court. This Court has also considered, without hearing, the Government's response in opposition, ECF No. 31, and the Plaintiff's expedited reply, ECF No. 33. Although this Court disagrees with some of the Government's commentary in response to the motion, this Court agrees with the Government's position that Plaintiff is attempting to undo an agreement with respect to discovery without justification.

In initially reviewing the motion, this Court overlooked the fact that the parties had already negotiated an agreement on the use of information concerning non-party victims that was included in the parties' joint report, ECF No. 14, and adopted by this Court in its scheduling order, ECF No. 15. But the Government identified the

previously agreed-upon terms, and this Court is not persuaded that anything has changed in the two months since the parties entered that agreement to warrant a change now. Were this Court writing on a blank slate without any prior agreement of the parties, Plaintiff may have had the better of the argument. But Plaintiff has not demonstrated why this Court should undo the terms Plaintiff already agreed to less than two months ago. Accordingly, Plaintiff's motion, ECF No. 28, is **DENIED**.

    **SO ORDERED on June 12, 2025.**

                                    <u>s/Mark E. Walker</u>
                                    **Chief United States District Judge**