IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

  Plaintiff,

v.

UNITED STATES OF AMERICA,

  Defendant.

Case No. 4:24cv478-MW/MAF

## NOTICE OF SUBSTITUTION OF AUSA

PLEASE TAKE NOTICE that **Richard L. Lasseter**, Assistant United States Attorney, hereby enters his appearance as **counsel of record** for Defendant, United States of America, in place of Assistant United States Attorney **Andrew J. Grogan**. From this date forward, all matters related to this case should be made known to the undersigned, through one of the means of contact indicated below.

Dated: June 23, 2025.

                                          Respectfully submitted,

                                          GREGORY W. KEHOE
                                          United States Attorney

                                          */s/Richard L. Lasseter*
                                          RICHARD L. LASSETER
                                          Assistant United States Attorney
                                          Florida Bar No. 60365
                                          Serving Pursuant to
                                          Office of the United States Attorney
                                          for the Middle District of Florida

300 N. Hogan Street, Ste. 700
Jacksonville, FL 32202
904-301-6258
richard.lasseter@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

James V. Cook
cookjv@gmail.com
Attorney for Plaintiff

James M. Slater
james@slater.legal
Attorney for Plaintiff

*/s/ Richard L. Lasseter*
RICHARD L. LASSETER