IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

    Plaintiff,

v.

UNITED STATES OF
AMERICA,

    Defendant.

Case No. 4:24cv478-MW/MAF

## FOURTH JOINT REPORT REGARDING DISCOVERY

In accordance with the Court's Initial Scheduling Order (Doc. 10 at §1(b)), the parties provide the Court with the following status updates regarding written discovery:

1. On March 19, 2025, Plaintiff served requests for production, admissions, and interrogatories on Defendant.

2. On March 24, 2025, Defendant served its first discovery request, which included requests for production and admission, and interrogatories.

3. The parties have responded to these initial discovery requests and have produced records.

Dated: June 23, 2025.

                                           Respectfully submitted,

| | |
|---|---|
| GREGORY W. KEHOE<br>United States Attorney<br><br>*/s/Richard L. Lasseter*<br>RICHARD L. LASSETER<br>Assistant United States Attorney<br>Florida Bar No. 60365<br>Serving Pursuant to<br>Office of the United States<br>Attorney for the Middle District<br>of Florida<br>300 N. Hogan Street, Ste. 700<br>Jacksonville, FL 32202<br>Tel. (904) 301-6258<br>Fax (904) 301-6240<br>richard.lasseter@usdoj.gov<br><br>*Attorney for Defendant* | */s/ James V. Cook*<br>LAW OFFICE OF JAMES COOK<br>James V. Cook (FBN 0966843)<br>314 W. Jefferson Street<br>Tallahassee, Florida 32301<br>Tel. (850) 222-8080<br>Fax (850) 561-0836<br>cookjv@gmail.com<br><br>*/s/ James M. Slater*<br>SLATER LEGAL PLLC<br>James M. Slater (FBN 111779)<br>2296 Henderson Mill Rd NE #116<br>Atlanta, Georgia 30345<br>Tel. (305) 523-9023<br>james@slater.legal<br><br>*Attorneys for Plaintiff* |