UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KISHA SINGLETARY,

    Plaintiff,

v.                                       Case No. 4:24-cv-478-MW-MAF

UNITED STATES OF AMERICA,

    Defendant.

_____/

**GOVERNMENT'S NOTICE OF FILING**
**MOTION TO CONSOLIDATE RELATED CASES**

Defendant hereby provides notice that it has filed a Motion to Consolidate Related Cases ("the Motion") in the case of *Bonnie Hernandez v. United States of America*, Case No. 4:23cv319-MW/MAF. A copy of that motion is attached as Exhibit 1.

Dated: July 14, 2025

                                      Respectfully submitted,

                                      GREGORY W. KEHOE
                                      United States Attorney

                                      */s/ Richard L. Lasseter*
                                      RICHARD L. LASSETER
                                      Assistant United States Attorney
                                      Florida Bar No. 60365
                                      300 N. Hogan Street, Ste. 700

>Jacksonville, FL 32202
>904-301-6258
>richard.lasseter@usdoj.gov
>Acting Under Authority Conferred
>by 28 U.S.C. §515
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to the following CM/ECF participants:

>James V. Cook
>James V Cook PA
>314 W Jefferson Street, P.O. Box 10021
>Tallahassee, FL 32301-1608
>Email: cookjv@gmail.com
>Attorney for Plaintiff
>
>James M. Slater
>Slater Legal PLLC
>2296 Henderson Mill Road NE, Suite 116
>Atlanta, GA 30345
>Email: james@slater.legal
>Attorney for Plaintiff

>*/s/ Richard L. Lasseter*
>RICHARD L. LASSETER

2